**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan N. Lopez-Perez, | ) No. CV-07-1323-PHX-SMM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| v. | ) |
| | ) |
| BNSF Railway Company, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Before the Court is the parties' Joint Motion to Extend Deadlines (First Request) (Dkt. 17). The parties request that the Court extend the deadlines for Defendant BNSF Railway Company to disclose its experts, and for Plaintiff to disclose rebuttal experts. The parties represent to the Court that this extension "should not interfere with any other deadlines in this matter," and on that basis the Court will grant the request. Accordingly,

    **IT IS HEREBY ORDERED** extending the deadline for Defendant BNSF Railway Company to disclose its experts in this matter up to and including **June 20, 2008**.

    **IT IS FURTHER ORDERED** extending the deadline for Plaintiff to disclose rebuttal experts up to and including **August 15, 2008**.

//

//

1    **IT IS FURTHER ORDERED** that these extensions shall not affect any other
2 deadlines contained in the Scheduling Order dated October 23, 2007 (Dkt. 9).
3    DATED this 6th day of May, 2008.

                                Stephen M. McNamee
                                United States District Judge