1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan N. Lopez-Perez, ) | No. CV-07-1323-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| BNSF Railway Company, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is the parties' Joint Motion to Extend Deadlines (Second Request) (Dkt. 25). The parties request a second extension of the deadlines for Defendant BNSF Railway Company to disclose its experts, and for Plaintiff to disclose rebuttal experts. The parties represent to the Court that this extension is needed because Defendant will not be able to properly identify its experts and prepare reports until it has received more information regarding Plaintiffs' claims, and Defendant anticipates receiving that information through depositions set to occur in the next few weeks. The parties further represent that this second extension, like the first extension, "should not interfere with any other deadlines in this matter," and on that basis the Court will grant the request. Accordingly,

//

//

1    **IT IS HEREBY ORDERED** granting the parties Joint Motion for Extension of
2    Time (Second Request) (Dkt. 25).
3    **IT IS FURTHER ORDERED** extending the deadline for Defendant BNSF
4    Railway Company to disclose its experts in this matter up to and including **July 18, 2008**.
5    **IT IS FURTHER ORDERED** extending the deadline for Plaintiff to disclose
6    rebuttal experts up to and including **September 12, 2008**.
7    **IT IS FURTHER ORDERED** that these extensions shall not affect any other
8    deadlines contained in the Scheduling Order dated October 23, 2007 (Dkt. 9).
9    DATED this 23rd day of June, 2008.

Stephen M. McNamee
United States District Judge